■ RAICHLE BANNING WEISS, PLLC, Appellant, v SUPERIOR JAMESTOWN CORPORATION, INC., et al., Respondents. (Appeal No. 1.) [813 NYS2d 690]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered March 1, 2005. The order granted defendants' motion to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.